```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 04 B 20477
   FRANK C REDMOND
   STEPHANIE REDMOND                         CHAPTER 13

                                             JUDGE: JACK B SCHMETTERER
         Debtor
   SSN XXX-XX-5599    SSN XXX-XX-2654

---------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------------
     The case was filed on 05/26/2004 and was confirmed 11/03/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  22.78%.

     The case was paid in full 12/08/2008.
---------------------------------------------------------------------------
CREDITOR NAME               CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                             PAID          PAID
---------------------------------------------------------------------------
DRIVE                       SECURED NOT I         .00         .00           .00
FIFTH THIRD BANK            CURRENT MORTG   42502.68         .00      42502.68
FIFTH THIRD BANK            MORTGAGE ARRE    8451.20         .00       8451.20
GREATER SUBURBAN ACCEPTA    SECURED          3682.90     1023.33       3682.90
GREATER SUBURBAN ACCEPTA    UNSECURED            .00         .00           .00
HOMEQ SERVICING             CURRENT MORTG   17765.00         .00      17765.00
HOMEQ SERVICING             MORTGAGE ARRE     329.00         .00         329.00
NINOS AUTO SALES            SECURED          2600.00         .00       2600.00
INTERNAL REVENUE SERVICE    SECURED          1802.81      313.13       1802.81
CASH ADVANCE                UNSECURED      NOT FILED         .00           .00
CHARTER ONE BANK            UNSECURED      NOT FILED         .00           .00
CHECK N GO                  UNSECURED      NOT FILED         .00           .00
CIRCUIT CITY                UNSECURED      NOT FILED         .00           .00
COMMONWEALTH EDISON         UNSECURED        1830.17         .00         416.86
DIRECTV                     UNSECURED      NOT FILED         .00           .00
DRIVE                       UNSECURED      NOT FILED         .00           .00
ECMC                        UNSECURED        5049.99         .00       1150.24
ECMC                        UNSECURED        7664.17         .00       1745.67
JKH FINANCIAL               UNSECURED      NOT FILED         .00           .00
LASALLE BANK                UNSECURED      NOT FILED         .00           .00
SHOP AT HOME NETWORK        UNSECURED         276.97         .00          63.09
IL DEPT OF EMPLOYMENT SE    UNSECURED        5576.00         .00       1270.05
TOYS R US                   UNSECURED      NOT FILED         .00           .00
WALMART                     UNSECURED      NOT FILED         .00           .00
INTERNAL REVENUE SERVICE    UNSECURED        5667.25         .00       1290.83
INTERNAL REVENUE SERVICE    PRIORITY        13077.88         .00      13077.88
MENARDS                     UNSECURED         337.00         .00          76.76
ROUNDUP FUNDING LLC         UNSECURED        9204.80         .00       2096.58
CAVALRY INVESTMENTS         UNSECURED        2834.85         .00         645.69
TIMOTHY K LIOU              DEBTOR ATTY     1,647.23                   1,647.23
TOM VAUGHN                  TRUSTEE                                    6,478.13
DEBTOR REFUND               REFUND                                     2,815.77

                   PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 04 B 20477 FRANK C REDMOND & STEPHANIE REDMOND
```

Summary of Receipts and Disbursements:

```
                              RECEIPTS         DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                     111,244.83

PRIORITY                                          13,077.88
SECURED                                           77,133.59
    INTEREST                                       1,336.46
UNSECURED                                          8,755.77
ADMINISTRATIVE                                     1,647.23
TRUSTEE COMPENSATION                               6,478.13
DEBTOR REFUND                                      2,815.77
                            ---------------    ---------------
TOTALS                      111,244.83           111,244.83
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 03/05/09

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE